In the Matter of RACHEL FULMER, Appellant, v MICHAEL BUXENBAUM, JR., Respondent. [936 NYS2d 550]—

An order of filiation may be vacated on the grounds of "fraud,

756

misrepresentation, or other misconduct of an adverse party" (CPLR 5015 [a] [3]; *see Matter of Jose F.R. v Reina C.A.*, 46 AD3d 564 [2007]). The Family Court properly denied the mother's application to vacate the order of filiation entered in the instant proceeding because she failed to make a prima facie showing of fraud, misrepresentation, or other misconduct (*see* CPLR 5015 [a] [3]; *Matter of Vernon J. v Sandra M.*, 36 AD3d 912 [2007]).

The mother's remaining contentions are without merit. Rivera, J.P., Leventhal, Belen and Roman, JJ., concur.